FORM minff13
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10−bk−05650−RJH

RACHAEL ANNE EARL  Chapter: 13
1311 S. CLAIBORNE AVE.
GILBERT, AZ 85296
**SSAN:** xxx−xx−3449
**EIN:**

Debtor(s)

### ORDER TO PAY REQUIRED MINIMUM PAYMENT AND TO PAY BALANCE OF FILING FEE IN INSTALLMENTS

Debtor(s), at the time of the filing of the bankruptcy petition, did not pay the minimum $50.00 towards the filing fee required by Local Bankruptcy Rule 1006−1.

IT IS ORDERED that the debtor(s) shall pay the filing fee as follows:

$ 50.00   to be paid on or before 3/18/10
$ 224.00  to be paid on or before 4/15/10

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money or transfer any property to their attorney, or any other person who rendered services to the debtor(s) in connection with this case.

IT IS FURTHER ORDERED that if the Debtor(s)' circumstances are such that cause may be shown for an extension of time to pay in installment, the Debtor(s) must file a written request for an extension with the Court setting forth those circumstances before the due date of the installment date to be extended.

IT IS FURTHER ORDERED that the failure to pay any installment in a timely manner, coupled with a failure to timely request an extension of time for the payment of the installment shall result in dismissal of this case.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.
**Date:** March 4, 2010                         BY THE COURT

**Address of the Bankruptcy Clerk's Office:**       HONORABLE Randolph J. Haines
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

**DO NOT SEND CASH BY MAIL; MAKE CASHIER'S CHECK OR MONEY ORDER PAYABLE TO:
CLERK, U.S. BANKRUPTCY COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: learys           Page 1 of 1            Date Rcvd: Mar 04, 2010
Case: 10-05650                Form ID: minff13       Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 06, 2010.
db          +RACHAEL ANNE EARL,    1311 S. CLAIBORNE AVE.,    GILBERT, AZ 85296-7808

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**                      **Signature:**           *Joseph Speetjens*