Wells Fargo Home Mortgage
405 SW 5th St.
Des Moines, IA 50309

Wachovia Mortgage
1525 West W.T. Harris Blvd.
Charlotte, NC 28288-0376

Seidberg Law Offices
PO Box 7290
Phoenix, AZ 85011

CitiMortgage, Inc.
1000 Technology Dr.
O'Fallon, MO 63368

Chase Mortgage
3190 Fairview Park Dr, #100
Falls Church, VA 22042

US Bank National Association
425 Walnut St Ste Frnt
Cincinnati, OH 45202-3937

Tiffany & Bosco
2525 E. Camelback Road #300
Phoenix, AZ 85016

William Hyder
Suite 103
7301 N 16th St.
Phoenix, AZ 85020

10-05650

RECEIVED

2010 MAR -4 A 11: 32

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA