FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10−bk−05650−RJH

**RACHAEL ANNE EARL**  Chapter: 13
1311 S. CLAIBORNE AVE.
GILBERT, AZ 85296
**SSAN:** xxx−xx−3449
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>P.O. BOX 10434<br>PHOENIX, AZ 85064−0434 |
| Address of Debtor(s) | RACHAEL ANNE EARL<br>1311 S. CLAIBORNE AVE.<br>GILBERT, AZ 85296 |
| Address of Debtor(s) Attorney | RACHAEL ANNE EARL<br>1311 S. CLAIBORNE AVE.<br>GILBERT, AZ 85296 |

– – – **NOTICE CONTINUES ON NEXT PAGE** – – –

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: March 19, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: keisterl           Page 1 of 1              Date Rcvd: Mar 19, 2010
Case: 10-05650                Form ID: nch13pln        Total Noticed: 10
```

The following entities were noticed by first class mail on Mar 21, 2010.
```
db          +RACHAEL ANNE EARL,    1311 S. CLAIBORNE AVE.,    GILBERT, AZ 85296-7808
smg          AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
              PHOENIX, AZ  85007-2650
8966641     +Chase Mortgage,    3190 Fairview Park Dr, #100,    Falls Church, VA 22042-4545
8966640     +CitiMortgage, Inc.,    1000 Technology Dr.,    Fallon, MO 63368-2240
8966639     +Seidberg Law Offices,    PO Box 7290,    Phoenix, AZ 85011-7290
8966643     +Tiffany &amp; Bosco,    2525 E. Camelback Road #300,    Phoenix, AZ 85016-9240
8966642     +US Bank National Association,    425 Walnut St Ste Frnt,    Cincinnati, OH 45202-3923
8966638      Wachovia Mortgage,    15 2 5 West W.T. Harris Blvd.,    Charlotte, NC 28288-0376
8966637      Wells Fargo Home Mortgage,    405 SW Sth St.,    Des Moines, IA 50309
8966644     +William Hyder,    Suite 103,    7301 N 16th St.,    Phoenix, AZ 85020-5266
```

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2010**                    **Signature:**    _Joseph Speetjens_