# TIFFANY & BOSCO
###### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01475

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Rachael Anne Earl<br>        Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br><br>        Movant,<br>  vs.<br><br>Rachael Anne Earl, Debtor, Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:10-bk-05650-RJH<br><br>Chapter 13<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |

Movant hereby requests an order granting both relief from the automatic stay of 11 U.S.C. §362(a), and in addition thereto, a finding that Rule 4001(a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement the order granting

relief from the automatic stay, which will allow Movant to complete a Forcible Entry and Detainer action to obtain possession. This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 29th day of March, 2010.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ MSB # 010167

                                  Mark S. Bosco
                                Leonard J. McDonald
                                Viad Tower, Fifth Floor
                                2525 East Camelback Road
                                Suite 300
                                Phoenix, Arizona 85016
                                Attorneys for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

A Trustee's Sale was held on January 4th, 2010 regarding the real property commonly known as 1311 South Clairborne Avenue, Gilbert, AZ. U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. purchased the property at the Trustee's Sale. A copy of the Trustee's Deed is attached hereto as Exhibit "1" and made a part hereof by this reference.

Debtor, Rachael Anne Earl filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on March 4, 2010. Edward J. Maney was appointed trustee of the bankruptcy estate.

The Debtor only a possessory interest in certain real property located in Maricopa County, Arizona, more particularly described as:

Lot 196, AGRITOPIA, PHASE 2A, according to Book 691 of Maps, Page 4, and Affidavit of Correction recorded as 2004-1145385, records of Maricopa County, Arizona.

As Movant is the owner of the real property, Debtor and estate have no equity in the property because all she has is possessory interest in the above referenced property.

## CONCLUSION

Movant requests that the court enter an order terminating, annulling and modifying the automatic stay of 11 U.S.C. 362(a) and in addition thereto, a finding that Rule 4001(a)(3) of the Rules of Federal Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors, their bankruptcy estate, the property, and allow Movant to complete a Forcible Entry and Detainer action to obtain possession and control of the Property, or take whatever actions necessary to protect it's interest in the above referenced property.

DATED this 29th day of March, 2010

        TIFFANY & BOSCO, P.A.

        By: /s/ MSB # 010167
            Mark S. Bosco
            Leonard J. McDonald
            2525 East Camelback Road
            Suite 300
            Phoenix, Arizona 85016
            Attorneys for Movant