OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20100035162  01/15/2010  08:31
ELECTRONIC RECORDING

2900234TD-3-1-1--
sarabiam

WHEN RECORDED MAIL TO :
Tiffany & Bosco, P.A.
2525 E. Camelback Rd.
Ste. 300
Phoenix, AZ 85016

Forward Tax Statements to :
Wells Fargo Home Mortgage Inc
3476 Stateview Boulevard, MAC #X7801-014
Fort Mill, SC 29715

| T & B File # 09-40173  Conv Mortgage Co.# 0159737428 Title Co. # 2900234 | EXEMPT TRANSACTION – NO AFFIDAVIT ARS 11-1134 (B)(1) |
|---|---|

Great American Title Agency, Inc.

# TRUSTEE'S DEED UPON SALE

**Michael A. Bosco, Jr.** , as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

   US Bank National Association, as Trustee for GSAA 2007-9

herein called Grantee, the following described real property situated in **Maricopa** County, described as :

   See Attachment "A"

This conveyance is made pursuant to the powers including the power of sale conferred upon Trustee by said Deed of Trust executed **Rachael A. Earl, a married woman as her sole and separate property** , as Trustor, recorded on **04/17/07**, Instrument No./Docket-Page: **2007-0446763** Official Records in the Office of the County Recorder of **Maricopa** County, **AZ** and  in compliance with the laws of the State of Arizona authorizing this conveyance.

Trustee's Deed
Page 2
09-40173

Said property was sold by Trustee at Public auction on January 14, 2010, at the place named in the Notice of Trustee's Sale. "Grantee", being the highest bidder at such sale, became the purchaser of said property and made payment thereof to said Trustee for the amount bid, namely $315,000.00, which payment was made either entirely in cash or by the satisfaction, protanto, of the obligation then secured by said Deed of Trust, together with the foreclosure and expenses relative thereto.

IN WITNESS WHEREOF, MICHAEL A. BOSCO, JR., as Trustee, has this day caused his name to be hereunto affixed.

**Michael A. Bosco, Jr.**
Digitally signed by Michael A. Bosco, Jr.
DN: c=US o=Tiffany & Bosco P.A. ou=Tiffany & Bosco, P.A., email=
Date: 2010.01.14 04.50.37 -07:00

_____
Michael A. Bosco, Jr.

State of Arizona    )
                    )ss.
County of Maricopa  )

The foregoing instrument was acknowledged before me this 14th day of January, 2010, by Michael A. Bosco, Jr., as Trustee.


OFFICIAL SEAL
PAULA GRUNTMEIR
NOTARY PUBLIC State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 23, 2011

Digitally signed by Paula Gruntmeir
DN: c=US o=Tiffany & Bosco P.A. ou=10/23/11, email=
Date: 2010.01.14 04.50.37 -07:00

Notary Public for the said County and State
My Commission Expires: October 23rd, 2011

Trustee's Deed
Attachment "A"
09-40173

**Lot 196, AGRITOPIA, PHASE 2A, according to Book 691 of Maps, Page 4, and Affidavit of Correction recorded as 2004-1145385, records of Maricopa County, Arizona.**