# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

10-01475

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rachael Anne Earl<br>      Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br><br>      Movant,<br>vs.<br><br>Rachael Anne Earl, Debtor; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-bk-05650-RJH<br><br>Chapter 13<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #19 |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., Movant, has

…

…

…

been set for **May 12, 2010 at 10:00 am** to be held at the U.S. Bankruptcy Court located at: 230 N First Avenue, Courtroom 603, Phoenix, AZ.

    Dated this 19th day of April, 2010.

                                        By  /s/ MSB # 010167
                                              Mark S. Bosco
                                              Leonard J. McDonald
                                              Attorney for Movant

COPY of the foregoing mailed
This 20th day of April, 2010 to:

Rachael Anne Earl
1311 S. Claiborne Ave.
Gilbert, AZ  85296
Debtor

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee


By:  /s/ Sheri L. Wray