# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01475

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-05650-RJH |
| Rachael Anne Earl<br>    Debtor. | Chapter 13 |
| U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. | CERTIFICATE OF SERVICE |
|     Movant,<br>vs. | |
| Rachael Anne Earl, Debtor; Edward J. Maney, Trustee. | |
|     Respondents. | |

STATE OF ARIZONA    )
                           )ss.
County of Maricopa    )

    I, Mark S. Bosco under oath, depose and say:

That on the 20th day of April, 2010, I mailed a copy of the Notice of Preliminary Hearing on Movant's Motion for Relief from Stay, in referenced to the above-captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Rachael Anne Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296
Debtor

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

TIFFANY & BOSCO, P.A.

By: /s/ Mark S. Bosco
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 20th day of April, 2010.

My Commission Expires:

/s/ McKinley Sedig
Notary Public

OFFICIAL SEAL
McKINLEY SEDIG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 5, 2013