# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|                       |                                              |          |    |
|----------------------:|----------------------------------------------|----------|----|
|               Debtor: | RACHAEL ANNE EARL                            |          |    |
|          Case Number: | 2:10-BK-05650-RJH                            | Chapter: | 13 |
|    Date / Time / Room: | WEDNESDAY, MAY 12, 2010 10:00 AM   6TH FLOOR #603 |      |    |
|     Bankruptcy Judge: | RANDOLPH J. HAINES                           |          |    |
|      Courtroom Clerk: | JANET SMITH                                  |          |    |
|        Reporter / ECR: | SHERI FLETCHER                              |          |    |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK NATIONAL ASSOCIATION

R / M #:   19 / 0

## *Appearances:*

RACHAEL EARL
DARRELL DORSEY, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Dorsey urged the Court to grant stay relief so the bank may proceed in State Court.

Ms. Earl opposed the motion.

COURT: IT IS ORDERED GRANTING STAY RELIEF SO THAT THE MOVANT MAY PROCEED WITH ITS STATE COURT EVICTION ACTION. MR. DORSEY IS DIRECTED TO UPLOAD A FORM OF ORDER.