RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax:(602)277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | No.   2:10-bk-05650 RJH |
| RACHAEL ANNE EARL, | ) | Chapter 13 |
| SSN: XXX-XX-3449 | ) | |
| | ) | TRUSTEE'S OBJECTION TO |
| | ) | PROPERTY CLAIMED EXEMPT |
| | ) | ON SCHEDULE C |
| Debtor. | ) | |

Comes now Edward J. Maney, Chapter 13 Trustee assigned to administer this case, by and through Counsel Undersigned, and pursuant to Bankruptcy Rule 4003(b) objects to the following claimed exemptions shown on Schedule C:

Property:                               1311 S. Claiborne Ave  Gilbert, AZ
Exemption Law:                          A.R.S. §33-1101
Value Exempt:                           $285,000

As grounds for objection, the Trustee states that:

>   A.R.S. §33-1101 provides that a debtor may claim an exemption for a homestead not to exceed $150,000.00.  The amount claimed by the Debtor exceeds the amount that may be claimed pursuant to the statute.  Therefore, the Trustee objects to the entire claim of exemption.

Property:                               TV's. furniture, personal computers
                                        Washer, dryer, vacuum cleaner
Exemption Law:                          A.R.S. §33-1123
Value Exempt:                           $4,000.00

As grounds for objection, the Trustee states that:

>   A.R.S. §33-1123 provides that a Debtor may claim an exemption for various household goods up to a fair market value of $4,000.  The

items that can be claimed as exempt are enumerated in 17 subparagraphs. Personal Computers are not exempt under this statute. In addition, debtor has indicated that she may have more than one tv. Any tv's in excess of one would not be exempt. Therefore, the Trustee objects to the entire claim of exemption for the items listed above.

Property:                                misc DVDs, CDs
Exemption Law:                           A.R.S. §33-1123
Value Exempt:                            $200.00

As grounds for objection, the Trustee states that:

A.R.S. §33-1123 provides that a Debtor may claim an exemption for various household goods up to a fair market value of $4,000. The items that can be claimed as exempt are enumerated in 17 subparagraphs. DVD's and CD's are not exempt under this statute. Therefore, the Trustee objects to the entire claim of exemption.

Property:                                2006 Dodge Charger
Exemption Law:                           A.R.S. §33-1125(8)
Value Exempt:                            $6,000.00

As grounds for objection, the Trustee states that:

A.R.S. §33-1125(8) provides that a Debtor may claim an exemption for <u>a motor vehicle</u> up to a fair market value of $5,000. The amount that the Debtor is claiming is in excess of the amount allowed under the statute. Therefore, the Trustee objects to the entire claim of exemption.

Wherefore, the Trustee requests that an Order be entered denying the Debtor's claim of exemptions as set forth above for the reasons set forth herein.

Dated as set forth on the electronic signature affixed hereto.

_____
Ronald L. Hoffbauer
Staff Attorney for Edward J. Maney

```
 1  The original filed and a copy of
    the foregoing mailed on the 13th day
 2  of May, 2010:

 3  Rachael Anne Earl
    1311 S. Claiborne Avenue
 4  Gilbert, AZ 85296
    Debtor
 5
    and a copy hand delivered to:
 6
    U.S. Trustee
 7  230 N. First Avenue
    Suite 204
 8  Phoenix, AZ 85003-1706

 9

10

11  by__  /s/ Ronald L. Hoffbauer_____
    c:\ron\pleadings\earlobjtoexempt
12
```